FREDERICK EDER, Respondent, *v.* SETH H. GILDERSLEEVE et al., Appellants.

*Eder* v. *Gildersleeve*, 85 Hun, 411, affirmed.
(Argued March 7, 1898; decided March 22, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered in February, 1895, upon an order affirming a judgment in favor of plaintiff entered upon a verdict.

*Henry A. Peckham* and *Frederick W. Taylor* for appellants.

*James Flynn* for respondent.

Judgment and order affirmed, with costs, on opinion of O'BRIEN, J., below.

All concur, except PARKER, Ch. J., not sitting.

---

STEPHEN JENNINGS, Respondent, *v.* THE NEW YORK, NEW HAVEN and HARTFORD RAILROAD COMPANY, Appellant.

*Jennings* v. *N. Y., N. H. & H. R. R. Co.*, 12 Misc. Rep. 408, affirmed.
(Submitted March 7, 1898; decided March 22, 1898.)

APPEAL from a judgment of the General Term of the late Court of Common Pleas for the city and county of New York, entered May 9, 1895, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Henry W. Taft* for appellant.

*Gilbert D. Lamb* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.